**J. C. STOKES et ux., Appellants, v. TEMPLE TRUST COMPANY, Appellee.**

No. 7822.

Court of Civil Appeals of Texas. Austin.

April 12, 1933.

Rehearing Denied May 3, 1933.

Dibrell & Starnes, of Coleman, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BAUGH, Justice.

This suit was between the same parties as that appearing on our docket as cause No. 7821, 59 S.W.(2d) 849, this day decided, merely involving a different loan transaction. The

same issues are presented in this appeal as were presented in said cause No. 7821, and, for the reasons therein stated, the same order will be entered as in said cause No. 7821.

Reversed and remanded, with instructions.